UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

BENNY MARDONES, et al.,

                       Plaintiffs,         Case No. 18-cv-01897

   v.

                                       **NOTICE OF APPEARANCE**

CYNDI LAUPER, et al.,

                       Defendants.

_____

       PLEASE TAKE NOTICE that the undersigned is now counsel of record for Plaintiffs Benny Mardones and Robert Tepper in the instant proceeding.


Dated: New York, New York
          March 15, 2018

                                          Respectfully submitted,

                                          Andrew Gerber (AG0779)
                                          DONIGER / BURROUGHS APC
                                          27 Union Square West, Suite 301
                                          New York, NY 10003
                                          (212) 882-1320
                                          andrew@donigerlawfirm.com
                                          *Attorney for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March 2018, I served a true and correct copy of the attached Notice of Appearance electronically via ECF on counsel for all parties who have appeared in the case.

_____
Andrew Gerber